**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SONNY FAIRLEY,**

      **Plaintiff,**

**v.**                          **Case No.  3:15cv348/MCR/CJK**

**PHILLIP CANTRARAS, owner,**
**Arkitraktura Development, Inc.,**

      **Defendant.**
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 13, 2015.  (Doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court.

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of November 2015.

*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**